KATZ, MS.

☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2712
Fax: (212) 637-2750



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
GRISELDA Y. NUNEZ,              :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
                                :   08 Civ. 00099 (DAB)(THK)
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to ~~answer or~~ move with respect to the complaint in the above-captioned action is extended from March 17, 2008 to and including May 16, 2008.  This extension is requested

because the administrative record has not yet been received by the defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       February 20, 2008

*[handwritten: Please correct my Address # is 3758.]*

_____
GRISELDA Y. NUNEZ
Plaintiff Pro Se
3578 Tenth Avenue *[handwritten: Wrong Address #]*
Apt. #13D
New York, New York 10034
Telephone No. (212)867-1328

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED: 3/5/08

_____
UNITED STATES MAGISTRATE JUDGE