

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

86 Chambers Street, 3rd Floor
New York, New York 10007

May 16, 2008

By Hand

Hon. Theodore H. Katz
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

    Re:   <u>Gricelda Nunez v. Astrue</u>
          08 Civ. 0099 (DAB)(THK)

Dear Judge Katz:

    This Office represents the Commissioner of Social Security, the defendant in this action. We write respectfully, with the consent of plaintiff's counsel, to request an adjournment of the defendant's time to answer and to propose a briefing schedule.

    After one adjournment was granted because this Office had not received the administrative record, defendant was to move and answer the complaint by May 16, 2008. This Office, however, has only recently received the administrative record in this matter. In order to allow time to review the record and, if necessary, to discuss it with Social Security Administration personnel, we respectfully request that defendant's time to answer and move be extended to June 30, 2008. In addition, the parties respectfully request that the Court adopt the following proposed briefing schedule:

        Plaintiff's brief in opposition and in support of a cross-motion is due by July 30, 2008.

        Defendant's reply, if any, is due by August 13, 2008.

        Plaintiff's reply, if any, is due by August 27, 2008.

        Plaintiff's counsel has consented to this request.

*Approved.*

**SO ORDERED**

5/19/08  /s/ Theodore H. Katz

**THEODORE H. KATZ**
**UNITED STATES MAGISTRATE JUDGE**

We apologize for the delay in making this request and thank the Court for its attention to this matter.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              JOHN E. GURA, JR.
                              Assistant United States Attorney
                              Telephone: (212) 637-2712
                              Fax: (212) 637-2750

cc:  Herbert Forsmith, Esq.
     (By Fax)

COPIES MAILED
TO COUNSEL OF RECORD ON 5/19/08